## INDEX OF EXHIBITS

**EXHIBIT**           **DOCUMENT**

1. Darren Kelly's Employment Agreement.

2. Draft - Mutual Settlement Agreement With Full Release And Covenant Not To Sue.

3. Notice of Termination.

4838-9324-0185, v. 1