UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EFFYIS, INC., a Michigan corporation, and HOTTOLINK, INC., a Japanese corporation, | Case No. 18-CV-13391 |
| | Hon. Robert H. Cleland |
| Plaintiffs/Counter-Defendants, | |
| v. | **PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR LEAVE TO AMEND DEFENSES** |
| DARREN KELLY, an individual, | |
| Defendant/Counter-Plaintiff. | |

ABBOTT NICHOLSON, P.C.
**WILLIAM D. GILBRIDE, JR. (P36830)**
**CHRISTOPHER R. GURA (P58437)**
Attorneys for Plaintiffs/Counter-
 Defendants
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
Phone:  (313) 566-2500
Fax:     (313) 566-2502
wdgilbride@abbottnicholson.com
crgura@abbottnicholson.com

LICATA LAW GROUP
LOUIS J. LICATA (Ohio No. 0007034)
Attorneys for Plaintiffs/Counter-
 Defendants
4500 Rockside Road, Suite 420
Independence, Ohio 44131
Phone:  (216) 573-6000
Fax:     (216) 920-9998
ljl@licatalaw.com

HOWARD & HOWARD
ATTORNEYS PLLC
**DANIEL L. VILLAIRE (P60132)**
Attorney for Defendant/Counter-
 Plaintiff
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone:   (248) 723-0529
dlv@h2law.com

## PLAINTIFFS/COUNTER-DEFENDANTS' MOTION
## FOR LEAVE TO AMEND DEFENSES

NOW COME Plaintiffs/Counter-Defendants, EFFYIS, INC. and HOTTOLINK, INC. (collectively "Plaintiffs"), by and through their counsel, and hereby request leave to amend defenses filed to Defendant/Counter-Plaintiff's Counterclaim.

In support of its Motion, Plaintiffs rely upon the Brief in Support filed contemporaneously herewith and all exhibits attached thereto.

## COMPLIANCE WITH LOCAL RULE 7.1—MOTION PRACTICE

On August 25, 2019, Louis Licata emailed Mr. Kelly's counsel of record, Daniel Villaire, Esq., to ascertain whether the request for leave to file amended answer to counter claim to add two affirmative defenses would be opposed and inviting a conversation regarding the request. As of August 30, 2019, Mr. Villaire had not provided his concurrence. Despite Movants reasonable efforts to obtain concurrence, the movant was unable to conduct a conference, so movant has been unable to obtain concurrence in the relief requested. This Motion and Brief were thereafter filed.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant EFFYIS, INC. and HOTTOLINK, INC. leave to file the answer attached hereto as Exhibit 2.

Dated:  August 30, 2019         Respectfully submitted,

ABBOTT NICHOLSON, P.C.

By: /s/ William D. Gilbride, Jr.
   WILLIAM D. GILBRIDE, JR. (P36830)
   CHRISTOPHER R. GURA (P58437)
   Attorneys for Plaintiffs/Counter-Defendants
   300 River Place, Suite 3000
   Detroit, MI 48207-4225
   Phone:  (313) 566-2500
   Fax:     (313) 566-2502
   wdgilbride@abbottnicholson.com
   crgura@abbottnicholson.com

LICATA LAW GROUP
**LOUIS J. LICATA (Ohio No. 0007034)**
Attorneys for Plaintiffs/Counter-Defendants
4500 Rockside Road, Suite 420
Independence, OH 44131
Phone:  (216) 573-6000
Fax:     (216) 920-9998
ljl@licatalaw.com

4833-6191-3506, v. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EFFYIS, INC., a Michigan corporation, and HOTTOLINK, INC., a Japanese corporation, | Case No. 18-CV-13391 |
| | Hon. Robert H. Cleland |
| Plaintiffs/Counter-Defendants, | |
| v. | **PLAINTIFFS/COUNTER-DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO AMEND DEFENSES** |
| DARREN KELLY, an individual, | |
| Defendant/Counter-Plaintiff. | |

ABBOTT NICHOLSON, P.C.
**WILLIAM D. GILBRIDE, JR. (P36830)**
**CHRISTOPHER R. GURA (P58437)**
Attorneys for Plaintiffs/Counter-
 Defendants
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
Phone:  (313) 566-2500
Fax:     (313) 566-2502
wdgilbride@abbottnicholson.com
crgura@abbottnicholson.com

LICATA LAW GROUP
LOUIS J. LICATA (Ohio No. 0007034)
Attorneys for Plaintiffs/Counter-
 Defendants
4500 Rockside Road, Suite 420
Independence, Ohio 44131
Phone:  (216) 573-6000
Fax:     (216) 920-9998
ljl@licatalaw.com

HOWARD & HOWARD
ATTORNEYS PLLC
**DANIEL L. VILLAIRE (P60132)**
Attorney for Defendant/Counter-
 Plaintiff
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone:   (248) 723-0529
dlv@h2law.com

## **CONCISE STATEMENT OF THE ISSUE**

Should the Court grant leave to Plaintiffs/Counter-Defendants to file an amended answer and affirmative defenses to add defenses learned of through the course of discovery in this case?

Plaintiffs/Counter-Defendants say:     "Yes."

Defendant/Counter-Plaintiff says:     "No."

i

## **CONTROLLING AUTHORITIES**

*Foman v. Davis*, 371 U.S. 178, 182 (1962)

*Tefft v. Seward*, 689 F.2d 637, 639 (6th Cir. 1982)

Fed. R. Civ. P. 15

# PLAINTIFFS/COUNTER-DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO AMEND DEFENSES

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and this Court's February 13, 2019 Scheduling Order, Plaintiffs/Counter-Defendants, Effyis, Inc. and Hottolink, Inc. (collectively, "Plaintiffs"), respectfully move this Court for leave to amend their Answer to the Counterclaim to assert additional affirmative defenses based on the defendant's failure to mitigate damages and the after-acquired evidence doctrine.

Leave to amend an answer shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). The Supreme Court of the United States has further stated that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). Accord: *Tefft v. Seward*, 689 F.2d 637, 639 (6th Cir. 1982) ("cases should be tried on their merits rather than the technicalities of pleadings"); *Washburn v. American Home Mortg. Servicing, Inc.*, Case No. 11-12890, at *2 (E.D. Mich. Dec. 22, 2011) ("This Rule is to be construed liberally… The underlying purpose of allowing parties to amend their pleadings is to permit the issues to be tried on the merits").

Also, the Court's Scheduling Order of February 13, 2019, provides a motion to amend is appropriate if "based on reasonable cause," as in the case of "newly discovered information." This motion is based upon reasonable cause and newly discovered information. Discovery was just completed on July 31, 2019, with the

1

exception of the deposition of Defendant Mr. Kelly, which proceeded by agreement on August 1, 2019. As a result of the documents retrieved, reviewed and produced in discovery, and as a result of the deposition testimony of Mr. Kelly, Plaintiffs now have "newly discovered information" that gives them "reasonable cause" to assert additional defenses to the Counterclaim.

With respect to mitigation of damages, Mr. Kelly refused to respond to inquires directed to this issue during written discovery. See Responses to Plaintiffs' Second Set of Interrogatories, #3:

> Did you apply for any positions of employment during the period January 1, 2015 through December 18, 2019? If your answer is "yes," then please identify the following:
> a. The name and address of the prospective employer;
> b. The position for which you applied; and
> c. The date you applied for the position.
>
> **ANSWER:**
> Defendant objects to this request since it is not relevant to the claim or defense of any party and the proportional needs of the case.

*Id*. (attached as Exhibit 1).

It was only during Mr. Kelly's deposition on August 1, 2019 that Kelly answered questions about his attempts to find employment after his termination from Plaintiff/Counter-Defendant Effyis, Inc. Mr. Kelly's deposition testimony taken on August 1, 2019 responses are "newly discovered information"/evidence

Case 3:18-cv-13391-RHC-EAS ECF No. 29, PageID.352 Filed 08/30/19 Page 9 of 11

which support an affirmative defense for failure to mitigate damages with respect to the Counterclaim.

In addition, documents which came to light during the parties' extensive discovery process revealed that Mr. Kelly committed serious violations of Effyis' employee policies. If Plaintiffs had known of these violations during his employment, Mr. Kelly would have been terminated on the grounds of these violations. Had Plaintiffs known of this information at the time suit was initially filed, Plaintiffs would have pled these facts as another basis to terminate Mr. Kelly's employment. Thus, Plaintiffs have "newly discovered information" of a strong factual basis to assert of the affirmative defense of the after-acquired evidence doctrine and "reasonable cause" to amend their pleadings to accordingly.

Good cause exists to allow Plaintiffs to amend their Answer to the Counterclaim to include these two defenses at this time. Plaintiffs have exercised due diligence during the discovery process and have recently uncovered information unknown to them when the pleadings were first filed which requires the assertion of these additional defenses. As set forth above, it is in the interests of justice that this case be decided on the merits rather than on a technicality.

For the foregoing reasons, Plaintiffs respectfully request leave to amend their Answer to the Counterclaim to include the affirmative defenses set forth

above. A copy of the proposed First Amended Answer to Counterclaim is being filed contemporaneously herewith (Exhibit 2).

Dated: August 30, 2019      Respectfully submitted,

ABBOTT NICHOLSON, P.C.

By: /s/ William D. Gilbride, Jr.
    WILLIAM D. GILBRIDE, JR. (P36830)
    CHRISTOPHER R. GURA (P58437)
    Attorneys for Plaintiffs/Counter-Defendants
    300 River Place, Suite 3000
    Detroit, MI 48207-4225
    Phone: (313) 566-2500
    Fax:    (313) 566-2502
    wdgilbride@abbottnicholson.com
    crgura@abbottnicholson.com

LICATA LAW GROUP
**LOUIS J. LICATA (Ohio No. 0007034)**
Attorneys for Plaintiffs/Counter-Defendants
4500 Rockside Road, Suite 420
Independence, OH 44131
Phone: (216) 573-6000
Fax:    (216) 920-9998
ljl@licatalaw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, a copy of the foregoing *Motion for Leave to Amend Defenses* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

Dated: August 30, 2019            ABBOTT NICHOLSON, P.C.

By: /s/ William D. Gilbride, Jr.
WILLIAM D. GILBRIDE, JR. (P36830)
CHRISTOPHER R. GURA (P58437)
Attorneys for Plaintiffs/Counter-Defendants
300 River Place, Suite 3000
Detroit, MI 48207-4225
Phone: (313) 566-2500
Fax:    (313) 566-2502
wdgilbride@abbottnicholson.com
crgura@abbottnicholson.com

LICATA LAW GROUP
**LOUIS J. LICATA (Ohio No. 0007034)**
Attorneys for Plaintiffs/Counter-Defendants
4500 Rockside Road, Suite 420
Independence, OH 44131
Phone: (216) 573-6000
Fax:    (216) 920-9998
ljl@licatalaw.com

4833-6191-3506, v. 1