## **INDEX OF EXHIBITS**

**EXHIBIT**    **DOCUMENT**

1. Defendant's/Counter-Plaintiff's First Request for Production to Plaintiffs/Counter-Defendants

2. Rule 26(f) Plan and Status Report

3. Plaintiffs'/Counter-Defendants' Motion to Stage/Bifurcate Discovery and Amend Scheduling Order

4. N1 Discovery Statement of Work

5. Correspondence Between Attorneys Louis Licata and Daniel Villaire

6. N1 Discovery Invoices to Licata Law Group

7. Declaration of Louis Licata