# Exhibit 6

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 03/29/2019 | N1D4166 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 03/29/2019 | Effyis Inc/Email Collection Matter | |

| Project Name | 1124 - Email Collection Matter (Licata Law Group) | | | | |
|---|---|---|---|---|---|
| Time | Work Type | Staff | Hours | Rate | Amount |
| **Billable Time** | | | | | |
| Consultant | Consulting | Scott Pilat | 1.00 | 150.00 | $150.00 |
| Relativity: PM | Project Management | Sam Cho | 3.00 | 150.00 | $450.00 |
| Sr. Project Mgr. | Consulting | Tyler Miller | 3.50 | 160.00 | $560.00 |
| **Non-Billable Time** | | | | | |
| Consultant | Consulting | Scott Pilat | 1.00 | 150.00 | $0.00 |
| Sr. Project Mgr. | Consulting | Tyler Miller | 1.00 | 160.00 | $0.00 |
| | | | | **Total Time:** | **$1,160.00** |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| **Billable Services** | | | |
| eDiscovery Case Setup Fee (one time fee) | 1.00 | $200.00 | $200.00 |
| Standard Data Processing: 30.8GB of data<br>Custodians: Uchiyama | 30.80 | $110.00 | $3,388.00 |
| Standard Data Processing: 1GB of data<br>Custodians: Uchiyama, Effyis Board Minutes, HTL Board Minutes | 1.00 | $110.00 | $110.00 |
| | | **Total Services:** | **$3,698.00** |

Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd
Suite 230 . Troy, MI 48098

By ACH Electronic Payment: Fifth Third Bank (Traverse City)
ACH ABA # 072401404 . Account # 7541503624

| | |
|---|---|
| **Invoice Subtotal:** | $4,858.00 |
| **Sales Tax:** | $0.00 |
| **Invoice Total:** | **$4,858.00** |
| **Payments:** | $0.00 |
| **Credits:** | $0.00 |
| **Balance Due:** | **$4,858.00** |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | | | 04/30/2019 | N1D4193 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 04/30/2019 | Effyis Inc. eMail Collections Matter | Monthly Billing for April |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 24.90 | $25.00 | $622.50 |
| Hosted Review: Relativity User License (per user) | 2.00 | $85.00 | $170.00 |
| Pre-paid Archive of Relativity Workspace in N1D Proprietary Format | 1.00 | $575.00 | $575.00 |
| | | **Total Services:** | **$1,367.50** |

Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098

By ACH Electronic Payment: Fifth Third Bank (Traverse City)
ACH ABA # 072401404 . Account # 7541503624

| | |
|---|---|
| Invoice Subtotal: | $1,367.50 |
| Sales Tax: | $0.00 |
| Invoice Total: | $1,367.50 |
| Payments: | $0.00 |
| Credits: | $0.00 |
| Balance Due: | $1,367.50 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 04/30/2019 | N1D4198 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 04/30/2019 | Effyis Inc: Email Collection Matter | |

| Project Name | | 1124 - Email Collection Matter (Licata Law Group) | | | |
|---|---|---|---|---|---|
| Time | Work Type | Staff | Hours | Rate | Amount |
| Billable Time | | | | | |
| Consultant | Consulting | Scott Pilat | 1.50 | 150.00 | $225.00 |
| Relativity: PM | Project Management | Sam Cho | 1.75 | 150.00 | $262.50 |
| Non-Billable Time | | | | | |
| Consultant | Consulting | Scott Pilat | 0.75 | 150.00 | $0.00 |
| | | | | Total Time: | $487.50 |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Billable Services | | | |
| Standard Data Processing: 2GB of data<br>Custodians: Effyis Emails | 2.00 | $110.00 | $220.00 |
| | | Total Services: | $220.00 |

| | | |
|---|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098<br>By ACH Electronic Payment: Fifth Third Bank (Traverse City) ACH ABA # 072401404 . Account # 7541503624 | Invoice Subtotal: | $707.50 |
| | Sales Tax: | $0.00 |
| | Invoice Total: | $707.50 |
| | Payments: | $0.00 |
| | Credits: | $0.00 |
| | Balance Due: | $707.50 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 05/31/2019 | N1D4228 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 05/31/2019 | Effyis eMail Collections Matter | Monthly Billing for May |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 20.19 | $25.00 | $504.75 |
| Hosted Review: Relativity User License (per user) | 2.00 | $85.00 | $170.00 |
| S.Moore: 5/24/19: Run 11 saved searches based on client criteria in preparation to export for client offline review. | 0.75 | $150.00 | $112.50 |
| S.Moore: 5/28/19: Create additional saved searches (per term) based on client request; set up persistent highlighting of terms. | 2.00 | $150.00 | $300.00 |
| S.Pilat: 5/28/19: Conference with L.Licata & X.Gao regarding development of plan for document review moving forward. | 1.00 | $150.00 | $150.00 |
| | | Total Services: | $1,237.25 |

| | | |
|---|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098<br><br>By ACH Electronic Payment: Fifth Third Bank (Traverse City) ACH ABA # 072401404 . Account # 7541503624 | Invoice Subtotal: | $1,237.25 |
| | Sales Tax: | $0.00 |
| | Invoice Total: | $1,237.25 |
| | Payments: | $0.00 |
| | Credits: | $0.00 |
| | Balance Due: | $1,237.25 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC  
1450 W. Long Lake Rd.  
Suite 230  
Troy, MI 48098  
(248) 498-4130



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | | | 06/30/2019 | N1D4285 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 06/30/2019 | Effyis Inc.: eMail Collections Matter | Monthly Billing for June |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 55.68 | $25.00 | $1,392.00 |
| Hosted Review: Relativity User License (per user) | 3.00 | $85.00 | $255.00 |
| | | Total Services: | $1,647.00 |

| | |
|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098<br><br>By ACH Electronic Payment: Fifth Third Bank (Traverse City) ACH ABA # 072401404 . Account # 7541503624 | Invoice Subtotal: $1,647.00<br>Sales Tax: $0.00<br>Invoice Total: $1,647.00<br>Payments: $0.00<br>Credits: $0.00<br>Balance Due: $1,647.00 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 06/30/2019 | N1D4301 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 06/30/2019 | Effyis Inc: Email Collection | |

| Project Name | | 1124 - Email Collection Matter (Licata Law Group) | | | |
|---|---|---|---|---|---|
| Time | Work Type | Staff | Hours | Rate | Amount |
| Billable Time | | | | | |
| Consultant | Consulting | Scott Pilat | 6.00 | 150.00 | $900.00 |
| Relativity: PM | Project Management | Stacie Moore | 13.75 | 150.00 | $2,062.50 |
| Non-Billable Time | | | | | |
| Consultant | Consulting | Scott Pilat | 3.00 | 150.00 | $0.00 |
| | | | | Total Time: | $2,962.50 |

Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098

By ACH Electronic Payment: Fifth Third Bank (Traverse City)
ACH ABA # 072401404 . Account # 7541503624

| | |
|---|---|
| Invoice Subtotal: | $2,962.50 |
| Sales Tax: | $0.00 |
| Invoice Total: | $2,962.50 |
| Payments: | $0.00 |
| Credits: | $0.00 |
| Balance Due: | $2,962.50 |

Invoices are delivered electronically.  If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | | | 07/31/2019 | N1D4338 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 07/31/2019 | Effyis eMail Collections Matter | Monthly Billing for July |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 60.93 | $25.00 | $1,523.25 |
| Hosted Review: Relativity User License (per user) | 2.00 | $85.00 | $170.00 |
| | | Total Services: | $1,693.25 |

| | | |
|---|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098 | Invoice Subtotal: | $1,693.25 |
| | Sales Tax: | $0.00 |
| | Invoice Total: | $1,693.25 |
| By ACH Electronic Payment: Fifth Third Bank (Traverse City)<br>ACH ABA # 072401404 . Account # 7541503624 | Payments: | $0.00 |
| | Credits: | $0.00 |
| | Balance Due: | $1,693.25 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 07/31/2019 | N1D4358 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 07/31/2019 | Effyis Inc: Email Collection | |

| Project Name | | 1124 - Email Collection Matter (Licata Law Group) | | | |
|---|---|---|---|---|---|
| Time | Work Type | Staff | Hours | Rate | Amount |
| Billable Time | | | | | |
| Consultant | Consulting | Scott Pilat | 3.25 | 150.00 | $487.50 |
| Relativity: PM | Project Management | Stacie Moore | 7.75 | 150.00 | $1,162.50 |
| Non-Billable Time | | | | | |
| Consultant | Consulting | Scott Pilat | 0.50 | 150.00 | $0.00 |
| | | | | Total Time: | $1,650.00 |

| | | |
|---|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098 | Invoice Subtotal: | $1,650.00 |
| | Sales Tax: | $0.00 |
| | Invoice Total: | $1,650.00 |
| By ACH Electronic Payment: Fifth Third Bank (Traverse City)<br>ACH ABA # 072401404 . Account # 7541503624 | Payments: | $0.00 |
| | Credits: | $0.00 |
| | Balance Due: | $1,650.00 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 08/30/2019 | N1D4393 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 08/30/2019 | Effyis eMail Collections Matter | Monthly Billing for August |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 58.70 | $25.00 | $1,467.50 |
| Hosted Review: Relativity User License (per user) | 2.00 | $85.00 | $170.00 |
| | | **Total Services:** | **$1,637.50** |

| | |
|---|---|
| | **Invoice Subtotal:** $1,637.50 |
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098 | **Sales Tax:** $0.00 |
| | **Invoice Total:** $1,637.50 |
| By ACH Electronic Payment: Fifth Third Bank (Traverse City) ACH ABA # 072401404 . Account # 7541503624 | **Payments:** $0.00 |
| | **Credits:** $0.00 |
| | **Balance Due:** $1,637.50 |

Invoices are delivered electronically.  If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | | Date | Invoice |
|---|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | | 09/30/2019 | N1D4450 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 09/30/2019 | Effyis eMail Collections Matter | Monthly Billing for September |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 58.70 | $25.00 | $1,467.50 |
| Hosted Review: Relativity User License (per user) | 2.00 | $85.00 | $170.00 |
| | | Total Services: | $1,637.50 |

| | |
|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098<br><br>By ACH Electronic Payment: Fifth Third Bank (Traverse City) ACH ABA # 072401404 . Account # 7541503624 | Invoice Subtotal: $1,637.50<br>Sales Tax: $0.00<br>Invoice Total: $1,637.50<br>Payments: $0.00<br>Credits: $0.00<br>Balance Due: $1,637.50 |

Invoices are delivered electronically.  If you would prefer to receive an invoice via US Mail, please contact us.

N1 Discovery, LLC
1450 W. Long Lake Rd.
Suite 230
Troy, MI 48098
(248) 498-4130



| Bill To: | | Date | Invoice |
|---|---|---|---|
| Licata Law Group<br>Attn: Louis Licata<br>4500 Rockside Road<br>Plaza 45, Ste 420<br>Independence, OH 44131<br>United States | | 10/31/2019 | N1D4500 |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Due Upon Receipt | 10/31/2019 | Effyis eMail Collections Matter | Monthly Billing for October |

| Services | Quantity | Price | Amount |
|---|---|---|---|
| Agreement EFFYIS, INC.: EMAIL COLLECTIONS MATTER: RELATIVITY HOSTED DATA: 19-1124 | | | |
| Hosted Review: Relativity Data Hosting Fee per GB | 58.70 | $25.00 | $1,467.50 |
| Hosted Review: Relativity User License (per user) | 2.00 | $85.00 | $170.00 |
| | | Total Services: | $1,637.50 |

| | | |
|---|---|---|
| Remit payment by check to: N1 Discovery . 1450 W. Long Lake Rd Suite 230 . Troy, MI 48098<br>By ACH Electronic Payment: Fifth Third Bank (Traverse City) ACH ABA # 072401404 . Account # 7541503624 | Invoice Subtotal: | $1,637.50 |
| | Sales Tax: | $0.00 |
| | Invoice Total: | $1,637.50 |
| | Payments: | $0.00 |
| | Credits: | $0.00 |
| | Balance Due: | $1,637.50 |

Invoices are delivered electronically. If you would prefer to receive an invoice via US Mail, please contact us.